UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>MARTIN SANCHEZ-FARIAS,<br><br>           Defendant. | No. CR-09-132-FVS-2<br><br>ORDER GRANTING MOTION TO WITHDRAW PLEA OF GUILTY |

**THIS MATTER** comes before the Court based upon Martin Sanchez-Arias' motion to withdraw his plea of guilty. He is represented by Bryan P. Whitaker; the United States by Assistant United States Attorney Timothy J. Ohms.

**BACKGROUND**

Defendant Martin Sanchez-Farias' moves to withdraw the plea of guilty he entered on December 11, 2009. The United States does not object.

**RULING**

The Court grants Mr. Sanchez-Farias' motion to withdraw his plea of guilty. The Court grants the motion for one reason: The United States does not object. The Court expresses no opinion with respect to the allegations made by Mr. Sanchez-Farias in support of his motion.

**IT IS HEREBY ORDERED:**

1. Martin Sanchez-Farias' motion to withdraw his plea of guilty

ORDER - 1

**(Ct. Rec. 60) is granted.** His plea of guilty is **vacated.**

2. A pretrial conference is set for **April 20, 2010 at 2:00 p.m. in Spokane, Washington.**

4. Mr. Sanchez-Farias' trial is joined with that of his codefendant Mr. Farias-Valdovinos and will begin on **May 10, 2010 at 9:00 a.m. in Spokane, Washington.**

5. All pretrial motions are due by March 23, 2010. All responses are due by March 30, 2010. All replies are due by April 6, 2010.

6. A new 70-day speedy trial period begins to run on the day this order is entered. 18 U.S.C. § 3161(i). *See United States v. Solorzano-Rivera*, 368 F.3d 1073, 1078-79 (9th Cir.2004).

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___9th___ day of March, 2010.

```
                    s/ Fred Van Sickle
                    Fred Van Sickle
           Senior United States District Judge
```